Matthew P. Minser, Esq. (SBN 296344)
Tino X. Do. Esq. (SBN 221346)
SALTZMAN & JOHNSON LAW CORPORATION
1141 Harbor Bay Parkway, Suite 100
Alameda, California  94502
Telephone: (510) 906-4710
Email: mminser@sjlawcorp.com
Email:  tdo@sjlawcorp.com

Attorneys for Plaintiffs Sheet Metal Workers
Pension Trust of Northern California, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA AND ITS BOARD OF TRUSTEES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DORST HVAC, INC., a California corporation; PROFESSIONAL AIR SOLUTIONS, INC., a California corporation <br><br> Defendants. | Case No. 3:20-cv-05677-VC <br><br> **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT PROFESSAIONL AIR** |

PLEASE TAKE NOTICE that pursuant to F.R.C.P. Rule 41(a)(1), Plaintiffs Boards of Trustees of the Sheet Metal Workers Pension Trust of Northern California, et al. voluntarily dismiss, without prejudice, their claim against Defendant Professional Air Solutions, Inc. Defendant has neither served an answer nor moved for summary judgment, and Plaintiffs have not previously filed or dismissed any similar action against Defendant.

DATED: November 8, 2021                                SALTZMAN & JOHNSON LAW CORPORATION

                                                                          By:                          /S/
                                                                                  Tino X. Do
                                                                                  Attorneys for Plaintiffs

1
**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**
**Case No.  3:20-cv-05677-VC**